# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1918   **Short Title:** Granata, et al. v. Campbell, et.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Stefano Granata, The Gunrunner, LLC, Firearms Policy Coalition, Inc., & Cameron Prosperi   as the

[✓] appellant(s)       [ ] appellee(s)       [ ] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

/s/ David H. Thompson            10/07/2025
Signature                        Date

David H. Thompson
Name

Cooper & Kirk, PLLC              (202) 220-9659
Firm Name (if applicable)        Telephone Number

1523 New Hampshire Ave. NW       (202) 220-9601
Address                          Fax Number

Washington, DC 20036             dthompson@cooperkirk.com
City, State, Zip Code            Email (required)

Court of Appeals Bar Number: 1182387

Has this case or any related case previously been on appeal?

[ ] No       [✓] Yes   Court of Appeals No. 22-1478

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

I, David H. Thompson, hereby certify that I have served a copy of the foregoing document through the Court's ECF system to all registered users.

Dated: October 7, 2025

/s/ David H. Thompson
David H. Thompson