# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 25-1918        Short Title: Granata, et al. v. Campbell, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Stefano Granata, The Gunrunner, LLC, Firearms Policy Coalition, Inc., & Cameron Prosperi   as the

[✓] appellant(s)        [ ] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Peter A. Patterson        10/07/2025
Signature                     Date

Peter A. Patterson
Name

Cooper & Kirk, PLLC           (202) 220-9600
Firm Name (if applicable)     Telephone Number

1523 New Hampshire Ave. NW    (202) 220-9601
Address                       Fax Number

Washington, DC 20036          ppatterson@cooperkirk.com
City, State, Zip Code         Email (required)

Court of Appeals Bar Number: 1182386

Has this case or any related case previously been on appeal?

[ ] No    [✓] Yes   Court of Appeals No. 22-1478

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

I, Peter A. Patterson, hereby certify that I have served a copy of the foregoing document through the Court's ECF system to all registered users.

Dated: October 7, 2025                    /s/ Peter A. Patterson
                                                                                          Peter A. Patterson