# United States Court of Appeals
## For the First Circuit

---

## NOTICE OF APPEARANCE

**No.** 25-1918      **Short Title:** Granata, et al. v. Campbell, et

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Stefano Granata, The Gunrunner, LLC, Firearms Policy Coalition, Inc., & Cameron Prosperi   as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ William V. Bergstrom
Signature

10/07/2025
Date

William V. Bergstrom
Name

Cooper & Kirk, PLLC
Firm Name (if applicable)

(202) 220-9600
Telephone Number

1523 New Hampshire Ave. NW
Address

(202) 220-9601
Fax Number

Washington, DC 20036
City, State, Zip Code

wbergstrom@cooperkirk.com
Email (required)

Court of Appeals Bar Number: 1219992

Has this case or any related case previously been on appeal?

[ ] No      [✓] Yes   Court of Appeals No. 22-1478

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

I, William V. Bergstrom, hereby certify that I have served a copy of the foregoing document through the Court's ECF system to all registered users.

| | |
|---|---|
| Dated: October 7, 2025 | /s/ William V. Bergstrom<br>William V. Bergstrom |