# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 25-1918   **Short Title:** Granata, et al. v. Campbell, et al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from August 29, 2025
  2. Date this notice of appeal filed September 24, 2025
     If cross appeal, date first notice of appeal filed _____
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) N/A
  4. Date of entry of order deciding above post-judgment motion N/A
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) N/A
     Time extended to _____

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits? [✓] Yes [ ] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes [ ] No
        If yes, explain _____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes [ ] No
        If yes, explain _____

C. Has this case previously been appealed? [✓] Yes [ ] No
   If yes, give the case name, docket number and disposition of each prior appeal
   Granata, et al. v. Campbell, et al., No. 22-1478 (Vacated and remanded in light of NYSRPA v. Bruen, 597 U.S. 1 (2022))

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [ ] Yes [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Andrea J. Campbell, Attorney General of Massachusetts
      Attorney Phoebe Fischer-Groban & Grace Gohlke
      Address MA Attorney General's Office, 1 Ashburton Pl,, 20th Floor, Boston, MA 02108
      Telephone (617) 963-2589

   2. Adverse party Terrence Reidy, Secretary of the Executive Off. of Pub. Safety & Security of Mass.
      Attorney Phoebe Fischer-Groban & Grace Gohlke
      Address MA Attorney General's Office, 1 Ashburton Pl,, 20th Floor, Boston, MA 02108
      Telephone (617) 963-2589

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name SEE ATTACHED ADDENDUM
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature /s/ David H. Thompson

Date 10/07/2025

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, Appellants Firearms Policy Coalition, Inc. and The Gunrunner, LLC state that they have no parent corporation, and that no publicly held corporation owns 10% or more of their stock.

Dated: October 7, 2025

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson

*Counsel for Appellants*

# Addendum to United States Court of Appeals for the First Circuit

## DOCKETING STATEMENT

**G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel.**

    Appellant's name: Stefano Granata
    Address: 282 Elm St., North Reading, MA 01864
    Telephone: 617-293-3874

    Appellant's name: Cameron Prosperi
    Address: 15 Birch St., Three Rivers, MA 01080
    Telephone: 413-388-0727

    Appellant's name: The Gunrunner, LLC
    Address: 395 Wareham Street, Route 28, Middleborough, MA 02346-3223
    Telephone: 508-946-4867

    Appellant's name: Firearms Policy Coalition, Inc.
    Address: 5550 Painted Mirage Road, Suite 320, Las Vegas, NV 89149
    Telephone: 916-378-5785

All appellants are represented by the following attorneys on appeal:

    David H. Thompson
      First Circuit Bar # 1182387
    Peter A. Patterson
      First Circuit Bar # 1182386
    William V. Bergstrom
      First Circuit Bar # 1219992
    COOPER & KIRK, PLLC
    1523 New Hampshire Ave. NW
    Washington, D.C. 20036
    (202) 220-9600

## CERTIFICATE OF SERVICE

I, David H. Thompson, hereby certify that I have served a copy of the foregoing document through the Court's ECF system to all registered users.

Dated: October 7, 2025						/s/ David H. Thompson
								David H. Thompson