# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: Granata, et al. v. Healey, et al.

District Court Case No.: 1:21-cv-10960     District of Massachusetts

Date Notice of Appeal filed: 9/24/2025     Court of Appeals Case No.: 25-1918

Form filed on behalf of: Plaintiffs-Appellants

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal: _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary): _____

## TRANSCRIPT ORDER

Name of Court Reporter: Debra Kane
Phone Number of Reporter: debrakane0711@gmail.com

A. ✓ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☒ Other (specify) Summary Judgment Hearing | March 26, 2025 |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: David H. Thompson     Filer's Signature: /s/ David H. Thompson

Firm/Address: 1523 New Hampshire Ave. NW, Washington, D.C. 20036     Filer's Email address: dthompson@cooperkirk.com

Telephone number: 202-220-9600     Date mailed to court reporter: October 7, 2025

(Court Reporter Use ONLY) Date received: _____

Form CA1-10 (6/09/09)     **SEE INSTRUCTIONS ON REVERSE**

# CERTIFICATE OF SERVICE

I, David H. Thompson, hereby certify that I have served a copy of the foregoing document through the Court's ECF system to all registered users.

Dated: October 7, 2025                /s/ David H. Thompson
                                  David H. Thompson