# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

No. 25-1918     Short Title: Granata, et al. v. Campbell, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Attorney General Andrea Campbell and Secretary Terrence Reidy     as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Phoebe Fischer-Groban
Signature

October 8, 2025
Date

Phoebe Fischer-Groban
Name

Office of the Massachusetts Attorney General
Firm Name (if applicable)

617-963-2589
Telephone Number

1 Ashburton Place
Address

617-727-5785
Fax Number

Boston, MA 02108
City, State, Zip Code

phoebe.fischer-groban@mass.gov
Email (required)

Court of Appeals Bar Number: 1198575

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. 22-1478

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# CERTIFICATE OF SERVICE

I, Phoebe Fischer-Groban, Assistant Attorney General, certify that this Notice of Appearance, filed through the Court's ECF system, will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on October 8, 2025.

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban, Bar No. 1198575
Assistant Attorney General