# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1918    Short Title: Granata, et al v. Campbell, et a

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Stefano Granata, et al _____ as the

[✔] appellant(s)    [ ] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Richard C. Chambers, Jr., Esq.    October 8, 2025
Signature                              Date

Richard C. Chambers, Jr., Esq.
Name

Chambers Law Office                    (781) 581-2031
Firm Name (if applicable)              Telephone Number

220 Broadway, Suite 404                (781) 581-8449
Address                                Fax Number

Lynnfield, MA 01940                    Richard@chamberslawoffice.com
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: 88139

Has this case or any related case previously been on appeal?

[ ] No    [✔] Yes    Court of Appeals No. 22-1478

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).