# United States Court of Appeals
## For the First Circuit

No. 25-1918

STEFANO GRANATA; THE GUNRUNNER, LLC; FIREARMS POLICY COALITION, INC.; CAMERON PROSPERI,

Plaintiffs - Appellants,

JUDSON THOMAS; COLBY CANNIZZARO,

Plaintiffs,

v.

ANDREA J. CAMPBELL, in the official capacity as Attorney General of the Commonwealth of Massachusetts; TERRENCE M. REIDY, in the official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,

Defendants - Appellees.

**NOTICE**

Issued: November 3, 2025

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Jason A. Guida
Michael A. Rivkin

The following attorneys will continue to receive notice in this case:

William V. Bergstrom
Richard Cullin Chambers Jr.
Phoebe Fischer-Groban
Grace Gohlke

Sarah B. Gonsenhauser
Jean-Paul Jaillet
Madeleine Kausel
Peter A. Patterson
David H. Thompson

     Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

                                        Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Gloria - (617) 748-4214


cc:
William V. Bergstrom
Richard Cullin Chambers Jr.
Phoebe Fischer-Groban
Grace Gohlke
Sarah B. Gonsenhauser
Jason A. Guida
Jean-Paul Jaillet
Madeleine Kausel
Peter A. Patterson
Michael A. Rivkin
David H. Thompson