No. 25-1918

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STEFANO GRANATA; GUNRUNNER, LLC; FIREARMS POLICY COALITION, INC.; CAMERON PROSPERI,

*Plaintiffs-Appellants*,

v.

ANDREA J. CAMPBELL, in the official capacity as Attorney General of the Commonwealth of Massachusetts; TERRENCE M. REIDY, in the official capacity as Secretary of the Executive of Public Safety and Security of the Commonwealth of Massachusetts,

*Defendants-Appellees*.

**On Appeal from United States District Court
for the District of Massachusetts**
Civil Case No. 1:21-cv-10960-DJC
The Honorable Denise Jefferson Casper, Judge

**APPELLANTS' CONSENT MOTION FOR AN
EXTENSION OF TIME TO FILE OPENING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26, Appellants respectfully request a 30-day extension of the deadline to file their opening brief and appendix in this matter, from December 22, 2025 to January 21, 2026. Counsel for Appellees assent to this motion, for which Appellants have good cause.

1. Appellants opening brief and appendix is currently due on December 22, 2025.

1

2. With a 30-day extension, Appellants' opening brief and appendix would be due on January 21, 2026.

3. Counsel for Appellants submits that there is good cause for a 30-day extension to the time to file an opening brief. The issue raised in this case—whether Massachusetts' restrictions on the types of handguns that are lawful for sale in the state are consistent with the Second and Fourteenth Amendments to the United States Constitution—is complex. Furthermore, counsel faces a press of other professional obligations at the same time as their opening brief is currently due. Among those are several depositions scheduled for the week of December 15, 2025 in *A.M.C. v. Smith*, No. 3:20-cv-00240 (M.D. Tenn.), a brief in opposition to summary judgment, due December 18, 2025 in *Escher v. Noble*, No. 1:25-cv-10389 (D. Mass.), a reply brief due December 22, 2025 in *PWGG v. Bonta*, No. 25-2509 (9th Cir.), a petition for certiorari due December 26, 2025 in *LaFave v. Fairfax County*, No. 25A504 (U.S.), and a reply in support of certiorari due on December 26, 2025 in *Grant v. Higgins*, No. 25-566 (U.S.).

4. Counsel for Appellees assents to the requested extension.

Dated: November 25, 2025

Richard Cullin Chambers, Jr.
CHAMBERS LAW OFFICE
220 Broadway, Suite 404
Lynnfield, MA 01940
Tel: (781) 581-2031
Fax: (781) 581-8449
richard@chamberlawoffice.com

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER AND KIRK, PLLC
1523 New Hampshire Ave. NW
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com

*Counsel for Plaintiffs-Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on November 25, 2025. I certify that the service will be accomplished by the appellate CM/ECF system on all parties or counsel who are registered as CM/ECF filers.

Dated: November 25, 2025  Respectfully Submitted,

/s/David H. Thompson
David H. Thomspon
*Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF COMPLIANCE

Pursuant Fed. R. App. P. 27(d)(2), I certify that this motion complies with the applicable length limitations. The motion contains 256 words, excluding the parts exempted by Fed. R. Civ. P. 32(f).

I further certify that this motion complies with the typeface and typestyle requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6) because it is prepared in 14-point, proportionally spaced Times New Roman font.

Dated: November 25, 2025                      Respectfully Submitted,

                                                   /s/David H. Thompson
                                                   David H. Thomspon
                                                   *Counsel for Plaintiffs-Appellants*