# United States Court of Appeals
## For the First Circuit

No. 25-1918

STEFANO GRANATA; THE GUNRUNNER, LLC; FIREARMS POLICY COALITION, INC.; CAMERON PROSPERI,

Plaintiffs - Appellants,

JUDSON THOMAS; COLBY CANNIZZARO,

Plaintiffs,

v.

ANDREA J. CAMPBELL, in the official capacity as Attorney General of the Commonwealth of Massachusetts; TERRENCE M. REIDY, in the official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,

Defendants - Appellees.

**ORDER OF COURT**

Entered: November 26, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Firearms Policy Coalition, Inc., Stefano Granata, Gunrunner, LLC and Cameron Prosperi to file a brief and appendix be enlarged to and including **January 21, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
William V. Bergstrom, Richard Cullin Chambers Jr., Phoebe Fischer-Groban, Grace Gohlke, Sarah B. Gonsenhauser, Jean-Paul Jaillet, Madeleine Kausel, Peter A. Patterson, David H. Thompson