# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STEFANO GRANATA, *et al.*,

    *Plaintiffs-Appellants*,

JUDSON THOMAS, *et al.*,

    *Plaintiffs*,

v.

ANDREA J. CAMPBELL, in the official capacity as Attorney General of the Commonwealth of Massachusetts, *et al.*,

    *Defendants-Appellees*.

Case No. 25-1918



## PLAINTIFFS-APPELLANTS' MOTION TO SEAL

Pursuant to Local Rule 11.0(c) & (d), Plaintiffs-Appellants respectfully move to seal the contents of the proposed Sealed Appendix, filed herewith. In support of this motion, Plaintiffs-Appellants state as follows:

1. The materials contained in the attached, separate Sealed Appendix, were all filed under seal in the district court. *See, e.g.*, Electronic Order, Doc. 76 (Feb. 3, 2025). Accordingly, pursuant to Local Rule 11.0(d), they are filed under seal in this court.

2. The materials in question were produced pursuant to, or reference material produced pursuant to a protective order. *See* Stipulated Protective Order,

Doc. 53 (Sep. 16, 2024). They reference highly sensitive, non-public information regarding Plaintiffs' ownership and storage of firearms that is potentially subject to protection for public safety purposes because of the threat of targeted criminal activity.

3. In light of the nature and basis for confidentiality, Plaintiffs-Appellants respectfully request that these documents should remain under seal until final judgment is entered in this matter, at which point Plaintiffs would request that they be returned or destroyed. *See* Stipulated Protective Order at 7.

4. Counsel for Plaintiffs-Appellants contacted counsel for the Defendants-Appellees prior to filing this motion and Defendants-Appellees do not oppose the instant motion to keep documents sealed below under seal on appeal.

| | |
|---|---|
| Dated: January 21, 2026 | Respectfully submitted, |
| Richard Cullin Chambers, Jr.<br>CHAMBERS LAW OFFICE<br>220 Broadway, Suite 404<br>Lynnfield, MA 01940<br>Tel: (781) 581-2031 | /s/ David H. Thompson<br>David H. Thompson<br>Peter A. Patterson<br>William V. Bergstrom<br>COOPER AND KIRK, PLLC<br>1523 New Hampshire Ave. NW<br>Washington, D.C. 20036<br>Tel: (202) 220-9600<br>Fax: (202) 220-9601<br>dthompson@cooperkirk.com |

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of FED. R. APP. P. 27(d)(2)(A) because it contains 211 words, excluding the parts of the motion exempted by FED. R. APP. P. 32(f).

This brief complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

Dated: January 21, 2026            /s/David H. Thompson
                                                      David H. Thomspon
                                                      *Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit via FedEx overnight shipping on January 21, 2026. I further certify that the foregoing motion was served via FedEx overnight shipping on:

Phoebe Fischer-Groban
Grace Gohlke
MASSACHUSETTS ATTORNEY GENERAL'S OFFICE
1 Ashburton Place
20th Floor
Boston, MA 02108-0000
Phone: 617-963-2589
Fax: 617-727-5785

Dated: January 21, 2026

/s/David H. Thompson
David H. Thomspon
*Counsel for Plaintiffs-Appellants*

```
ORIGIN ID:BZSA   (202) 220-9647          SHIP DATE: 21JAN26
COURTNEY CARROLL                         ACTWGT: 1.00 LB
COOPER & KIRK, PLLC                      CAD: 9934674/INET4535
1523 NEW HAMPSHIRE AVE, NW

WASHINGTON, DC 20036                     BILL SENDER
UNITED STATES US
  TO  ANASTASIA DUBROVSKY
      JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
      1 COURTHOUSE WAY
      SUITE 2500

      BOSTON MA 02210
   (617) 748-9057
 INV:                  REF: 2078-001
 PO:                            DEPT:
```




```
                              THU - 22 JAN 5:00P
TRK#  8881 0425 0719          STANDARD OVERNIGHT
 0201

   EM BVYA                              02210
                              MA-US     BOS
```


