# CERTIFICATE OF SERVICE

I hereby certify that I filed the proposed supplemental sealed appendix with the Clerk of the Court for the United States Court of Appeals for the First Circuit via FedEx overnight shipping on January 21, 2026. I further certify that the foregoing motion was served via FedEx overnight shipping on:

> Phoebe Fischer-Groban
> Grace Gohlke
> MASSACHUSETTS ATTORNEY GENERAL'S OFFICE
> 1 Ashburton Place
> 20th Floor
> Boston, MA 02108-0000
> Phone: 617-963-2589
> Fax: 617-727-5785

Dated: January 23, 2026 /s/David H. Thompson
David H. Thomspon

*Counsel for Plaintiffs-Appellants*