# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1918        **Short Title:** Granata v. Campbell

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

United States of America _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

s/ Andrew G. Braniff                              January 28, 2026
Signature                                         Date

Andrew G. Braniff
Name

U.S. Dep't of Justice, Civil Rights Division, Appellate Section    202-532-3803
Firm Name (if applicable)                         Telephone Number

Ben Franklin Station, P.O. Box 14403              202-514-8490
Address                                           Fax Number

Washington, D.C. 20044-4403                       andrew.braniff@usdoj.gov
City, State, Zip Code                             Email (required)

Court of Appeals Bar Number: 1216603

Has this case or any related case previously been on appeal?

[ ] No      [✓] Yes   Court of Appeals No. 22-1478

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).