# DISCLOSURE STATEMENT

Appellant the Gun Runner, LLC is a nongovernmental corporation that has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Appellant Firearms Policy Coalition is a nongovernmental nonprofit corporation that has no parent corporation and no publicly held corporation owns 10% or more of its stock.