No. 25-1918

# United States Court of Appeals
## for the First Circuit

———————

STEFANO GRANATA; CAMERON PROSPERI; THE GUNRUNNER, LLC; FIREARMS POLICY COALITION, INC.,

*Plaintiffs-Appellants*,

*v.*

ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts; GINA KWON, in her official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,

*Defendants-Appellees*.

———————

APPEAL FROM A JUDGMENT OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

———————

**DEFENDANTS-APPELLEES' MOTION FOR AN EXTENSION OF TIME TO FILE APPELLEE BRIEF**

———————

ANDREA JOY CAMPBELL
   *Attorney General of Massachusetts*
Phoebe Fischer-Groban, 1st Cir. No.1198575
Grace Gohlke, 1st Cir. No. 1204282
   *Assistant Attorneys General*
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
phoebe.fischer-groban@mass.gov
grace.gohlke@mass.gov

Pursuant to Federal Rule of Appellate Procedure 26, Appellees respectfully request a 21-day extension of the deadline to file their brief in this matter, from March 4, 2026, to **March 25, 2026**. Counsel for Appellants assent to this motion, for which Appellees have good cause.

1.      Appellees' brief is currently due on March 4, 2026. *See* Docket Entry, dated Feb. 2, 2026.

2.      With a 21-day extension, Appellees' brief would be due on March 25, 2026.

3.      Counsel for the Appellees submit that there is good cause for a 21-day extension of the time to file their principal brief. As noted in Appellants' motion for an extension of time to file their opening brief and appendix, this case raises constitutional questions that require time and attention to fully present to the court. Furthermore, undersigned counsel is attending to competing deadlines in other matters during the same period of time, including: oral argument in the Supreme Judicial Court in an impounded case on February 2, 2026; motion to dismiss briefing due February 6, 2026, and March 13, 2026, in *United States v. Galvin*, No. 1:25-cv-13816-LTS (D. Mass.); several depositions the weeks of February 2 and February 9, 2026, as well as summary judgment briefing due February 27, 2026 and oppositions due March 20, 2026, in *Burke v. Walsh*, 23-11798-MGM (D. Mass.); a brief to the Massachusetts Appeals Court on February 25, 2026 in

*Baldassarri v. Automatic Sprinkler Appeals Board*, 2025-P-1525 (Mass. Ct. App.);

hearings in the matters of *Harrington v. Board of Appeals*, 2584CV01315 (Suffolk

Superior) on February 25, 2026 and *Santos v. Board of Building Regulations and*

*Standards*, 2484CV00163 (Suffolk Superior) on March 5, 2026; and oral argument

before the First Circuit on March 2, 2026 in the matter of *Recchia v. Campbell*, 25-

1817 (1st Cir.). In addition, undersigned counsel Assistant Attorney General

Fischer-Groban has a pre-planned vacation from February 8-17, 2026.

    4.     Counsel for Appellants graciously assented to this requested extension

by email on February 4, 2026.

    WHEREFORE, Defendants-Appellees respectfully request that the Court

extend their deadline to file their principal brief in this case, from the current

deadline of March 4, 2026, until **March 25, 2026**.

Respectfully submitted,

*/s/ Grace Gohlke*
Phoebe Fischer-Groban, 1st Cir.No.1198575
Grace Gohlke, 1st Cir. No. 1204282
*Assistant Attorneys General*
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
phoebe.fischer-groban@mass.gov
grace.gohlke@mass.gov

Dated:     February 5, 2026

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT, TYPEFACE, AND TYPE-STYLE REQUIREMENTS

I hereby certify that:

1.  This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because the motion contains 358 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f); and

2.  This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point, Times New Roman font.

*/s/ Grace Gohlke*
Counsel for the Defendants-Appellees


## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be served electronically through the Court's e-notification system to all participants registered for service through the Court's electronic system, on February 5, 2026.

*/s/ Grace Gohlke*
Counsel for the Defendants-Appellees