# United States Court of Appeals
### For the First Circuit

No. 25-1918

STEFANO GRANATA; THE GUNRUNNER, LLC; FIREARMS POLICY COALITION, INC.; CAMERON PROSPERI,

Plaintiffs - Appellants,

JUDSON THOMAS; COLBY CANNIZZARO,

Plaintiffs,

v.

ANDREA J. CAMPBELL, in the official capacity as Attorney General of the Commonwealth of Massachusetts; TERRENCE M. REIDY, in the official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,

Defendants - Appellees.

**ORDER OF COURT**

Entered: February 5, 2026
Pursuant to 1st Cir. R. 27.0(d)


Upon consideration of motion, it is ordered that the time for Appellees Andrea J. Campbell and Terrence Reidy to file a brief be enlarged to and including **March 25, 2026**.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
William V. Bergstrom, Andrew Braniff, Richard Cullin Chambers Jr., Harmeet K. Dhillon, Phoebe Fischer-Groban, Grace Gohlke, Sarah B. Gonsenhauser, Jean-Paul Jaillet, Madeleine Kausel, Peter A. Patterson, David H. Thompson