# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STEFANO GRANATA, *et al.*,

    *Plaintiffs-Appellants*,

JUDSON THOMAS, *et al.*,

    *Plaintiffs*,

v.

ANDREW J. CAMPBELL, in the official capacity as Attorney General of the Commonwealth of Massachusetts, *et al.*,

    *Defendants-Appellees*.

Case No. 25-1918



## **PLAINTIFFS-APPELLANTS' AMENDED MOTION TO SEAL**

Pursuant to Local Rule 11.0(c) & (d), Plaintiffs-Appellants respectfully move to seal the contents of the proposed Sealed Appendix, filed herewith. In support of this motion, Plaintiffs-Appellants state as follows:

1. The materials contained in the attached, separate Sealed Appendix, were all filed under seal in the district court. *See, e.g.*, Electronic Order, Doc. 76 (Feb. 3, 2025). Accordingly, pursuant to Local Rule 11.0(d), they are filed under seal in this court.

2. The materials in question were produced pursuant to, or reference material produced pursuant to a protective order. *See* Stipulated Protective Order,

Doc. 53 (Sep. 16, 2024). They reference highly sensitive, non-public information regarding Plaintiffs' ownership and storage of firearms that is potentially subject to protection for public safety purposes because of the threat of targeted criminal activity.

3. In light of the nature and basis for confidentiality, Plaintiffs-Appellants respectfully request that these documents remain under seal. Plaintiffs-Appellants acknowledge and do not object to the First Circuit's ordinary practice of retaining materials in its possession under seal following final judgment or the conclusion of this matter.

4. Counsel for Plaintiffs-Appellants contacted counsel for the Defendants-Appellees prior to filing this amended motion and Defendants-Appellees do not oppose the instant motion to keep documents sealed below under seal on appeal.

Dated: February 11, 2026

Respectfully submitted,

Richard Cullin Chambers, Jr.
CHAMBERS LAW OFFICE
220 Broadway, Suite 404
Lynnfield, MA 01940
Tel: (781) 581-2031

/s/ David H. Thompson
David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER AND KIRK, PLLC
1523 New Hampshire Ave. NW
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com

*Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of FED. R. APP. P. 27(d)(2)(A) because it contains 215 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This brief complies with the typeface requirement of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because it has been prepared in a proportionately space typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

Dated: February 11, 2026               /s/David H. Thompson
                                       David H. Thomspon
                                       *Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit via FedEx overnight shipping on February 11, 2026. I further certify that the foregoing motion was served via FedEx overnight shipping on:

Phoebe Fischer-Groban
Grace Gohlke
MASSACHUSETTS ATTORNEY GENERAL'S OFFICE
1 Ashburton Place
20th Floor
Boston, MA 02108-0000
Phone: 617-963-2589
Fax: 617-727-5785

Dated: February 11, 2026

/s/David H. Thompson
David H. Thomspon
*Counsel for Plaintiffs-Appellants*





FedEx First Overnight

FedEx First Overnight

ORIGIN ID:DCAA (202) 220-9647
BOOMSLEY CARROLL
7525 NEW HAMPSHIRE AVE. NW

WASHINGTON, DC 20036
UNITED STATES US

SHIP DATE: 11FEB26
ACTWGT: 0.30 LB
CAD: 9934674/INET4535

BILL SENDER

TO **CLERK OF THE COURT**

**JOHN JOSEPH MOAKLEY U.S. COURTHOUSE**
**1 COURTHOUSE WAY, SUITE 2500**
**BOSTON MA 02210**
(617) 748-9057
INV:
PO:                    REF: 2078-001
                       DEPT:



FedEx Express

THU - 12 FEB 8:00A
FIRST OVERNIGHT
THU - 12 FEB 8:00A

TRK#
FedEx

TRK# **8886 9436 2224**    FIRST OVERNIGHT
0201

**E1 BVYA**              02210
                    MA-US  **BOS**




This envelope is only for FedEx Express® shipments.
You can help us get your package safely to its destination by packing your items securely. Need help? Go to fedex.com/packaging for packing tips.
Check your FedEx shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and limits of liability.