No. 25-1918

# United States Court of Appeals
## for the First Circuit

STEFANO GRANATA; CAMERON PROSPERI; THE GUNRUNNER, LLC; FIREARMS POLICY COALITION, INC.,

*Plaintiffs-Appellants*,

*v.*

ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts; GINA KWON, in her official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,

*Defendants-Appellees*.

APPEAL FROM A JUDGMENT OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

## DEFENDANTS-APPELLEES' MOTION TO FILE A SUPPLEMENTAL RECORD APPENDIX

ANDREA JOY CAMPBELL
    *Attorney General of Massachusetts*
Phoebe Fischer-Groban, 1st Cir. No.1198575
Grace Gohlke, 1st Cir. No. 1204282
    *Assistant Attorneys General*
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
phoebe.fischer-groban@mass.gov
grace.gohlke@mass.gov

Defendants-Appellees respectfully move for leave to file a supplemental record appendix to include a filing in the record that was inadvertently omitted from the joint record appendix filed by Plaintiffs-Appellants. Counsel for Plaintiffs-Appellants assent to this motion.

Defendants-Appellees seek to file a supplemental record appendix to include a 31-page document comprising the September 2024 Approved Firearms Roster, which was attached as Exhibit A to the Declaration of Michaela Dunne in the district court. The Dunne Declaration is included in the sealed joint record appendix (Sealed App. 179-182) because an unredacted version of the declaration was filed under seal in the district court. However, Exhibit A is a public document that was previously available online and was not filed under seal in the district court. Therefore, Defendants-Appellees seek to file this supplemental record appendix on the public docket.

Respectfully submitted,

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban, 1st Cir.No.1198575
Grace Gohlke, 1st Cir. No. 1204282
*Assistant Attorneys General*
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
phoebe.fischer-groban@mass.gov
grace.gohlke@mass.gov

Dated:        March 25, 2026

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT, TYPEFACE, AND TYPE-STYLE REQUIREMENTS

I hereby certify that:

1.  This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because the motion contains 137 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f); and

2.  This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point, Times New Roman font.

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban
Counsel for the Defendants-Appellees

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be served electronically through the Court's e-notification system to all participants registered for service through the Court's electronic system, on March 25, 2026.

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban
Counsel for the Defendants-Appellees