No. 25-1918

# United States Court of Appeals
## for the First Circuit

RECEIVED FOR FILING
IN CLERK'S OFFICE

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

STEFANO GRANATA; CAMERON PROSPERI; THE GUNRUNNER, LLC; FIREARMS POLICY COALITION, INC.,

*Plaintiffs-Appellants,*

*v.*

ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts; GINA KWON, in her official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,

*Defendants-Appellees.*

APPEAL FROM A JUDGMENT OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

# DEFENDANTS-APPELLEES' MOTION TO FILE REDACTED BRIEF AND UNREDACTED BRIEF UNDER SEAL

ANDREA JOY CAMPBELL
*Attorney General of Massachusetts*
Phoebe Fischer-Groban, 1st Cir. No.1198575
Grace Gohlke, 1st Cir. No. 1204282
*Assistant Attorneys General*
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
*phoebe.fischer-groban@mass.gov*
*grace.gohlke@mass.gov*

Pursuant to Local Rule 11.0(c) & (d), Defendants-Appellees respectfully move to seal the contents of the unredacted Brief of Defendants-Appellees, filed herewith, and to electronically file a redacted copy of the brief that redacts the references to the sealed portions of the record. In support of this motion, Defendants-Appellees state as follows:

1. Some of the materials referenced in the attached unredacted Brief of Defendants-Appellees were filed under seal in the district court and have been filed under seal in this Court in a separate, sealed joint record appendix. *See, e.g.,* Electronic Order, Doc. 76 (Feb. 3, 2025). Accordingly, pursuant to Local Rule 11.0(c)(2), they are filed under seal in this Court.

2. The materials referenced were produced pursuant to, or reference material produced pursuant to a protective order. *See* Stipulated Protective Order, Dist. Ct. Doc. 53 (Sep. 16, 2024). Specifically, they reference non-public information regarding Plaintiffs-Appellants' ownership and storage of firearms that is potentially subject to protection for public safety purposes because of the threat of targeted criminal activity.

3. In light of the nature and basis for confidentiality, Defendants-Appellees respectfully request that these documents should remain under seal until final judgment is entered in this matter, at which point Defendants-Appellees

would request that they be returned or destroyed. *See* Stipulated Protective Order at 7.

4. Because only portions of the Brief of Defendants-Appellants reference sealed materials, Defendants-Appellants also move to file a redacted copy of the brief on the public docket.

5. Plaintiffs-Appellants assent to the relief requested in this motion.

Respectfully submitted,

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban, 1st Cir.No.1198575
Grace Gohlke, 1st Cir. No. 1204282
*Assistant Attorneys General*
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
phoebe.fischer-groban@mass.gov
grace.gohlke@mass.gov

Dated:     March 25, 2026

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT, TYPEFACE, AND TYPE-STYLE REQUIREMENTS

I hereby certify that:

1. This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because the motion contains 253 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f); and

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point, Times New Roman font.

/s/ Phoebe Fischer-Groban
Phoebe Fischer-Groban
Counsel for the Defendants-Appellees

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served by mail on counsel for all parties, on March 25, 2026.

/s/ Phoebe Fischer-Groban
Phoebe Fischer-Groban
Counsel for the Defendants-Appellees



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

(617) 727-2200
www.mass.gov/ago

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

March 25, 2026

**BY HAND**

Anastasia Dubrovsky, Clerk
First Circuit Court of Appeals.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

    Re:    <u>Granata, et al. v. Campbell, et al.;</u>
           United States Court of Appeals for the First Circuit, No. 25-1918

Dear Clerk Dubrovsky:

    Enclosed for filing in the above-captioned case, please find:

1. Defendants-Appellees' Motion to File Redacted Brief and Unredacted Brief Under Seal; and

2. Brief of Defendants-Appellees (unredacted).

Thank you for your attention to this matter.

Very truly yours,

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban
Assistant Attorney General
Constitutional and Administrative Law Division
(617) 963-2589
Phoebe.Fischer-Groban@mass.gov

PFG/kem
Enclosure