# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1918       **Short Title:** Granata v. Campbell

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Giffords Law Center to Prevent Gun Violence and Brady Center to Prevent Gun Violence      as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

| | |
|---|---|
| /s/ Madeleine M. Kausel | April 1, 2026 |
| Signature | Date |

Madeleine M. Kausel
Name

| | |
|---|---|
| Choate, Hall & Stewart LLP | 617-248-4926 |
| Firm Name (if applicable) | Telephone Number |
| Two International Place | 617-502-4926 |
| Address | Fax Number |
| Boston, MA 02110 | mkausel@choate.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1206855

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 22-1478

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on April 1, 2026.

Dated:  April 1, 2026                                          /s/ *Madeleine M. Kausel*
                                                                            Madeleine M. Kausel