# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 25-1918          **Short Title:** Granata v. Campbell

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Everytown for Gun Safety _____ as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)


/s/ Sana S. Mesiya _____          04/01/2026 _____
Signature                                              Date

Sana S. Mesiya _____
Name

Everytown Law _____          202-517-6624 _____
Firm Name (if applicable)                          Telephone Number

P.O. Box 14780 _____          _____
Address                                              Fax Number

Washington, DC, 20044 _____          smesiya@everytown.org _____
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 1222944


Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 22-1478 _____

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).


Print          Reset