# United States Court of Appeals
## For the First Circuit

No. 25-1918

STEFANO GRANATA; THE GUNRUNNER, LLC; FIREARMS POLICY COALITION, INC.; CAMERON PROSPERI,

Plaintiffs - Appellants,

JUDSON THOMAS; COLBY CANNIZZARO,

Plaintiffs,

v.

ANDREA J. CAMPBELL, in the official capacity as Attorney General of the Commonwealth of Massachusetts; GINA KWON, in the official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,

Defendants - Appellees.

**ORDER OF COURT**

Entered: May 8, 2026

Appellees' assented-to motion to file two versions of its answering brief (a public, redacted version and a sealed, unredacted version) is granted.

To the extent appellees request that sealed documents "be returned or destroyed" at the conclusion of the action, we (1) deny without prejudice to renewal in the district court any request for the parties to return or destroy sealed documents, and (2) deny any request for this court to return or destroy sealed documents submitted on appeal.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Richard Cullin Chambers Jr.
Peter A. Patterson
David H. Thompson
William V. Bergstrom
Phoebe Fischer-Groban
Grace Gohlke
Douglas Neal Letter
Jean-Paul Jaillet
Madeleine Kausel
Sarah B. Gonsenhauser
Andrew Braniff
Harmeet K. Dhillon
Janet Carter
William James Taylor Jr.
Sana Sikandar Mesiya