# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1918 **Short Title:** Granata v. Campbell

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Everytown for Gun Safety as the

[ ] appellant(s) [ ] appellee(s) [✔] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

William J. Taylor, Jr.
Signature

July 16, 2026
Date

William J. Taylor, Jr.
Name

Everytown Law
Firm Name (if applicable)

(646) 324-8215
Telephone Number

450 Lexington Ave, PO Box 4184
Address

Fax Number

New York, NY 10163
City, State, Zip Code

wtaylor@everytown.org
Email (required)

Court of Appeals Bar Number: 1186786

Has this case or any related case previously been on appeal?

[ ] No [✔] Yes Court of Appeals No. 22-1478

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).