# United States Court of Appeals
## For the First Circuit

---

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.**

Counsel presenting oral argument must be admitted to practice before this court and must have entered an appearance in the case. Counsel who have not entered an appearance must file an appearance and a motion for leave pursuant to 1st Cir. R. 12.0(a) with this designation.

Appeal No.: 25-1918

Case Name: Granata et al. v. Campbell et al.

Date of Argument: September 9, 2026

Location of Argument: ☑ Boston ☐ Puerto Rico ☐ Other: ______________

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Appellees Andrea Campbell and Gina Kwon, in their official capacities

Attorney Name: Phoebe Fischer-Groban First Circuit Bar No.: 1198575

Cellphone No.: (857) 257-3381 Fax Number: ______________

Email: phoebe.fischer-groban@mass.gov

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with 1st Cir. R. 12.0(a) contemporaneously with this form.

/s/ Phoebe Fischer-Groban (Signature)

August 5, 2026 (Date)