IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

No. 25-1918

STEFANO GRANATA; THE GUN RUNNER, LLC; FIREARMS POLICY COALITION, INC.; CAMERON PROSPERI,

*Plaintiffs-Appellants*

JUDSON THOMAS; COLBY CANNIZZARO,

*Plaintiffs*

v.

ANDREA J. CAMPBELL, in the official capacity as Attorney General of the Commonwealth of Massachusetts; TERRENCE M. REIDY, in the official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,

*Defendants-Appellees*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

# MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES

---

Pursuant to Local Rule 12.0(a), the undersigned seeks leave to file the attached notice of appearance on behalf of the United States. In support, the undersigned states the following:

1. This appeal concerning the fundamental right of the people to keep and bear arms guaranteed by the Second Amendment was initiated on September 26, 2025.

2. Because the United States has a strong interest in the subject of this appeal, it filed its brief as amicus curiae supporting plaintiffs-appellants on January 28, 2026.

3. Briefing has since concluded, with the defendants-appellees filing their brief on March 25, 2026.

4. Pursuant to Local Rule 12.0(a), "in no event may any attorney file a notice of appearance without leave of court after the appellee brief has been filed."

5. Contemporaneously with the filing of this Motion, the United States filed its Unopposed Motion of the United States as *Amicus Curiae* to Participate in Oral Argument pursuant to Federal Rules of Appellate Procedure 27 and 29(a)(8).

6. If the Court grants that motion, the undersigned would present oral argument on behalf of the United States.

7. Allowing the undersigned to appear on behalf of the United States will not result in any delay or prejudice to the parties.

## CONCLUSION

For the foregoing reasons, the undersigned seeks leave to file the attached notice of appearance on behalf of the United States.

Respectfully submitted,


s/ Harmeet K. Dhillon
HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Harmeet.Dhillon@usdoj.gov
(202) 514-2151

JESUS A. OSETE
Principal Deputy Assistant
Attorney General
Civil Rights Division

BARRY ARRINGTON
Acting Chief
Second Amendment Section
Civil Rights Division

ANDREW G. BRANIFF
Attorney
Appellate Section
Civil Rights Division


Dated: August 6, 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 227 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

s/ Harmeet K. Dhillon
HARMEET K. DHILLON
Attorney

Date: August 6, 2026