# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1918 **Short Title:** Granata, et al. v. Thomas, et al.

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

United States of America as the

[ ] appellant(s) [ ] appellee(s) [✓] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

s/ Harmeet K. Dhillon
Signature

August 6, 2026
Date

Harmeet K. Dhillon
Name

Department of Justice, Civil Rights Division
Firm Name (if applicable)

202-514-2151
Telephone Number

950 Pennsylvania Avenue, NW
Address

Fax Number

Washington, D.C. 20530
City, State, Zip Code

Harmeet.Dhillon@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1217717

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.__________

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).