# United States Court of Appeals
## For the First Circuit

No. 25-1918

STEFANO GRANATA; THE GUNRUNNER, LLC; FIREARMS POLICY COALITION, INC.; CAMERON PROSPERI,

Plaintiffs - Appellants,

JUDSON THOMAS; COLBY CANNIZZARO,

Plaintiffs,

v.

ANDREA J. CAMPBELL, in the official capacity as Attorney General of the Commonwealth of Massachusetts; GINA KWON, in the official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,

Defendants - Appellees.

**ORDER OF COURT**

Entered: August 10, 2026

Amicus Curiae United States' motion for leave to participate in oral argument is granted. Counsel Harmeet K. Dhillon's late appearance is allowed. A form designating the attorney presenting oral argument must be filed on or by August 10, 2026.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Richard Cullin Chambers Jr., Peter A. Patterson, David H. Thompson, William V. Bergstrom, Phoebe Fischer-Groban, Grace Gohlke, Douglas Neal Letter, Jean-Paul Jaillet, Madeleine Kausel, Sarah B. Gonsenhauser, Andrew Braniff, Harmeet K. Dhillon, Janet Carter, William James Taylor Jr.