IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

No. 25-1918

STEFANO GRANATA; THE GUN RUNNER, LLC; FIREARMS POLICY COALITION, INC.; CAMERON PROSPERI,

*Plaintiffs-Appellants*

JUDSON THOMAS; COLBY CANNIZZARO,

*Plaintiffs*

v.

ANDREA J. CAMPBELL, in the official capacity as Attorney General of the Commonwealth of Massachusetts; TERRENCE M. REIDY, in the official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,

*Defendants-Appellees*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE AND SUBSTITUTE COUNSEL ON BEHALF OF THE UNITED STATES

---

Pursuant to Local Rule 12.0(a), the undersigned submits the following unopposed motion to file the attached notice of appearance and substitute counsel on behalf of the United States. In support this motion, the undersigned states:

1. This appeal concerning the fundamental right of the people to keep and bear arms guaranteed by the Second Amendment was initiated on September 26, 2025.

2. Because the United States has a strong interest in the subject of this appeal, it filed its brief as amicus curiae supporting plaintiffs-appellants on January 28, 2026.

3. Briefing has since concluded, with the defendants-appellees filing their brief on March 25, 2026.

4. On August 10, 2026, the Court granted the motion of Assistant Attorney General Harmeet K. Dhillon to appear and argue on behalf of the United States.

5. A scheduling conflict has arisen that precludes Assistant Attorney General Dhillon from appearing at the oral argument on September 9, 2026. The undersigned is the Acting Chief of the Second Amendment Section of the Civil Rights Division of the United States Department of Justice. The United States respectfully moves the Court to allow Mr. Arrington to file the attached Notice of Appearance and to substitute as counsel for Assistant Attorney General Dhillon.

6. Pursuant to Local Rule 12.0(a), "in no event may any attorney file a notice of appearance without leave of court after the appellee brief has been filed."

7. If the Court grants this motion, the undersigned would present oral argument on behalf of the United States.

8. Today, the undersigned spoke with Peter A. Patterson, counsel for the Plaintiff-Appellants, and Grace Gohlke, counsel for Defendant-Appellees. No party opposes this motion.

9. Allowing the undersigned to appear on behalf of the United States and present oral argument will not result in any delay or prejudice to the parties.

## CONCLUSION

For the foregoing reasons, the undersigned seeks leave to file the attached notice of appearance on behalf of the United States and substitute as counsel for the United States.

Respectfully submitted this 31st day of August 2026.


HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ANDREW G. BRANIFF
Attorney, Appellate Section
Civil Rights Division

*/s/ Barry K. Arrington*
BARRY K. ARRINGTON
Acting Chief
Second Amendment Section
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone:(202) 304-8447
E-Mail: barry.arrington@usdoj.gov

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 339 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

*s/ Barry K. Arrington*
Barry K. Arrington

Date: August 31, 2026

# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1918 **Short Title:** Granata, et al. v. Campbell et a

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
United States of America as the

[ ] appellant(s) [ ] appellee(s) [✓] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Barry K. Arrington
Signature

August 31, 2026
Date

Barry K. Arrington
Name

Department of Justice, Civil Rights Division
Firm Name (if applicable)

202-304-8447
Telephone Number

950 Pennsylvania, Avenue, NW
Address

Fax Number

Washington, DC 20530
City, State, Zip Code

barry.arrington@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1211108

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.______

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).